IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY McDOUGAL, JR.
ADC #153312                                                            PLAINTIFF

v.                       No. 3:18-cv-211-DPM

K. SULLIVAN, Nurse,
Craighead County Detention Center                                      DEFENDANT

## JUDGMENT

McDougal's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2019